UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES FLORES GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARD ROCK INTERNATIONAL (USA), INC., A FLORIDA CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.  25-cv-00618-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO REMAND**<br><br>Re: Dkt. Nos. 12, 15, 16 |

　　　　The Court has reviewed Magistrate Judge Kim's Report and Recommendation to Remand. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　　IT IS HEREBY ORDERED that this case be remanded. The Clerk is directed to remand this case to the Superior Court for the County of Santa Cruz and close the file. This order TERMINATES docket nos. 12 and 15.

　　　　**IT IS SO ORDERED.**

Dated:  May 23, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge